UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROSS B. MACMURDO**                                   **CIVIL ACTION**

**VERSUS**                                             **NO. 17-02916**

**PRINCIPAL LIFE INSURANCE COMPANY**                   **SECTION "B"(2)**

<u>**ORDER**</u>

Considering defendant's "Motion for Dismissal with Prejudice in Accordance with this Court's February 28, 2018 Order" (Rec. Doc. 20),

**IT IS ORDERED** that the motion is **MOOT**. Parties later signed and filed a "Joint Stipulation for Dismissal Without Prejudice" and without costs or fees to either party, effectively dismissing and closing the captioned action as of February 27, 2020. See Rec. Doc. 24.

New Orleans, Louisiana this 28th day of February, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE